IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PARUS HOLDINGS INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | CIVIL ACTION NO. 6:21-cv-570-ADA |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

Defendant Microsoft Corporation ("Defendant") files this Unopposed Motion for Extension of Time to File Answer and respectfully shows the following:

Plaintiff Parus Holdings Inc. filed its Unopposed Motion for Leave to File its Second Amended Complaint on September 29, 2021 (Dkt. No. 23). Defendant requests an extension to respond to the Second Amended Complaint on or before November 15, 2021. Counsel for Defendant conferred with counsel for Plaintiff who stated that Plaintiff does not oppose this request.

Wherefore, Defendant respectfully requests that the Court grant this motion and enter an order extending the deadline for Defendant to answer or otherwise respond to the Second Amended Complaint to November 15, 2021.

Respectfully submitted,

Dated: September 30, 2021

Barry K. Shelton
Texas State Bar No. 24055029
**SHELTON COBURN LLP**
311 RR 620, Suite 205
Austin, TX 78734-4775
bshelton@sheltoncoburn.com
(512) 263-2165 (Telephone)
(512) 263-2166 (Facsimile)

**FAEGRE, DRINKER BIDDLE & REATH, LLP**

*/s/ Kirstin Stoll-DeBell*
Kirstin Stoll-DeBell (*Pro Hac Vice*)
1144 15th Street, Suite 3400
Denver, CO 80202
Kirstin.StollDeBell@faegredrinker.com
(303) 607-3500 (Telephone)
(303) 607-3600 (Facsimile)

Carrie A. Beyer (*Pro Hac Vice*)
191 N. Wacker Dr., Suite 3700
Chicago, IL 60606
Carrie.Beyer@faegredrinker.com
(312) 569-1000 (Telephone)
(312) 569-3000 (Facsimile)

Brianna L. Silverstein (*Pro Hac Vice*)
1500 K Street NW, Suite 1100
Washington, DC 20005
Brianna.Silverstein@faegredrinker.com
(202) 842-8800 (Telephone)
(202) 842-8465 (Facsimile)

Kirsten L. Elfstrand (*Pro Hac Vice*)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Kirsten.Elfstrand@faegredrinker.com
(612) 766-7000 (Telephone)
(612) 766-1600 (Facsimile)

*Attorneys for Microsoft Corporation*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

>                             */s/ Barry K. Shelton*
>                             Barry K. Shelton