**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| PARUS HOLDINGS INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 6:21-cv-570<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF KIRSTIN L. STOLL-DEBELL IN SUPPORT OF MICROSOFT CORPORATION'S MOTION TO TRANSFER VENUE TO THE WESTERN DISTRICT OF WASHINGTON**

I, Kirstin L. Stoll-DeBell, declare as follows:

1. I am a Partner at Faegre Drinker Biddle & Reath, LLP and am one of the lawyers representing Microsoft Corporation ("Microsoft") in connection with the above action. This declaration is made on my personal knowledge and belief.

2. I have attached to this declaration a true and correct copy of the following documents:

**EXHIBIT 1**: LinkedIn profile for Jon Hamaker (www.linkedin.com/in/jon-hamaker-3119a).

**EXHIBIT 2**: LinkedIn profile for Bill Baer (www.linkedin.com/in/billbaer).

**EXHIBIT 3**: LinkedIn profile for Heiko Rahmel (www.linkedin.com/in/heiko-rahmel-b41438).

**EXHIBIT 4**: LinkedIn profile for Andy Oakley (www.linkedin.com/in/andyoakley).

**EXHIBIT 5**: LinkedIn profile for Fabrice Canel (www.linkedin.com/in/fabricecanel).

**EXHIBIT 6**: LinkedIn profile for Ryan Asdourian (www.linkedin.com/in/rasdo).

**EXHIBIT 7**: LinkedIn profile for Katie Griffith (https://www.linkedin.com/in/katie-griffith-galvin-3531873/).

**EXHIBIT 8**: Parus's website – management team (https://www.parus.ai/team.html).

**EXHIBIT 9**: LinkedIn profile for Taj Reneau (https://www.linkedin.com/in/taj-reneau-113123?trk=org-employees).

**EXHIBIT 10**: LinkedIn profile for Robert McConnell (https://www.linkedin.com/in/robert-mcconnell-955681a).

**EXHIBIT 11**: LinkedIn profile for Darius Reneau (https://www.linkedin.com/in/darius-reneau-9177735/?trk=org-employees_profile-result-card_result-card_full-click).

**EXHIBIT 12**: LinkedIn profile for Alex Kurganov (https://www.linkedin.com/in/alexkurganov).

**EXHIBIT 13**: Lexis report for Valery Zhukov.

**EXHIBIT 14**: Relevant pages from United States District Courts – Judicial Caseload Profile (https://www.uscourts.gov/sites/default/files/data_tables/fcms_na_distprofile0630.2021.pdf).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: November 19, 2021

Kirstin Stoll-DeBell
Kirstin Stoll-DeBell

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

*/s/ Barry K. Shelton*
Barry K. Shelton